UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 17-31814-DHW
                                                   Chapter 13
RODERICK CORBITT,

      Debtor.

## ORDER SETTING EVIDENTIARY HEARING

The motion filed by the debtor on June 28, 2017 and designated MOTION TO EXTEND THE AUTOMATIC STAY, is set for evidentiary hearing at the United States Bankruptcy Court, Courtroom #4C, United States Courthouse Annex, One Church Street, Montgomery, Alabama, on July 24, 2017 at 2:00 p.m.

The moving party or counsel shall (1) give **timely** notice by mail to **ALL CREDITORS, all parties in interest and to their attorneys of record in the debtor's next most previous bankruptcy case** as provided by Fed. R. Bankr. Proc 2002 or other appropriate Rule, by serving a copy of this order and the motion on each; and (2) file in court prior to the hearing date a certificate of service showing the names and address of the parties served. Failure to give such notice and file the certificate as required may result in dismissal of the motion.

Done this 28th day of June, 2017.

*Dwight A. Williams, Jr.*

United States Bankruptcy Judge

c: Debtor
   Joshua C. Milam, Attorney for Debtor
   Sabrina L. McKinney, Trustee