UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                        Case No. 17−31814
                                             Chapter 13
Roderick Corbitt,

    Debtor.

**ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS
CONDITIONAL ORDER DISMISSING CASE**

    The court's records reflect that the debtor owes the court for unpaid filing fees from a previous case [15−33524−DHW]. As a result, the court will not approve the payment of fees in installments in this, the current case. Therefore, it is

    ORDERED that the application is DENIED. It is

    FURTHER ORDERED that this case is DISMISSED effective July 13, 2017, unless prior to the effective date the debtor pays the required filing fees for the current case in full.

Dated June 29, 2017

    Dwight H. Williams Jr.
    United States Bankruptcy Judge

c:  Debtor
    Attorney for Debtor
    Trustee
    Financial Administrator, Middle District of Alabama