IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: Roderick Corbitt, | CHAPTER 13 |
| Debtor(s). | CASE NO. 17-31814 |

## OBJECTION TO CONFIRMATION

COMES NOW Republic Finance, LLC., a creditor in the above case, and objects to confirmation of the Debtor's Plan for the following reasons:

1. The Debtor pledged property in which Republic Finance, LLC. has a security interest. the claim of Republic Finance, LLC. ought to be secured for more value as the property is currently undervalued.

2. The Plan was filed in bad faith.

WHEREFORE, the Creditor objects to confirmation of the Debtor's Plan for the above reasons, as well as any other reason that could be brought out at an Evidentiary Hearing.

/s/ Richard C. Dean, Jr.
Attorney for Republic Finance, LLC.

OF COUNSEL
P.O. Box 1028
Montgomery, AL 36101-1028
334-264-2896
BGA

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| | | |
|---|---|---|
| Roderick Corbitt | Joshua C. Milam, Esq. | Sabrina L. McKinney, Esq. |
| 3436 Country Church Rd. | 566 S. Perry Street | Chapter 13 Trustee |
| Montgomery, AL 36116 | Montgomery, AL 36104 | P.O. Box 173 |
| | | Montgomery, AL 36101 |

/s/ Richard C. Dean, Jr.
OF COUNSEL